UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>U.S DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>        Defendants. | Case No. 23-cv-01892-JST<br><br>**ORDER EXTENDING BRIEFING SCHEDULE AND DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 61 |

The parties have filed a stipulation to extend the briefing schedule on Plaintiffs' motions for preliminary injunction and class certification and to continue the May 17, 2023 case management conference. ECF No. 61.

The Court approves the parties' requested briefing schedule. Defendants' oppositions to Plaintiffs' motions for preliminary injunction and class certification shall be filed by June 13, 2023, and Plaintiffs' reply briefs shall be filed by June 27, 2023.

The Court denies the request to continue the case management conference, which shall proceed as scheduled.

**IT IS SO ORDERED.**

Dated: May 16, 2023

_____
JON S. TIGAR
United States District Judge