UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AHMED, et al.,

        Plaintiffs,

   v.

U.S DEPARTMENT OF HOMELAND
SECURITY, et al.,

        Defendants.

Case No. 23-cv-01892-JST

**ORDER SETTING BRIEFING AND
HEARING SCHEDULE; ORDER
SETTING CASE MANAGEMENT
CONFERENCE**

Re: ECF No. 67

The Court adopts the briefing schedule proposed by the parties:

| Brief | Deadline |
|---|---|
| Defendants' combined cross-motion to dismiss and opposition to Plaintiffs' motion for preliminary injunction | June 13, 2023 |
| Defendants' opposition to Plaintiffs' motion for class certification | June 13, 2023 |
| Plaintiffs' combined reply in support of motion for preliminary injunction and opposition to Defendants' cross-motion to dismiss | June 27, 2023 |
| Plaintiffs' reply in support of motion for class certification | June 27, 2023 |
| Defendants' reply in support of cross-motion to dismiss | July 5, 2023 |

ECF No. 67 at 2.  The hearings on Plaintiffs' pending motions are advanced from August 17, 2023, to July 27, 2023, at 10:00 a.m., at which time the Court will also hear argument on Defendants' cross-motion to dismiss.

/ / /

The parties shall appear for a further case management conference on June 1, 2023, at 2:30 p.m., to discuss the other matters raised in their joint status report, ECF No. 67.

**IT IS SO ORDERED.**

Dated: May 31, 2023



JON S. TIGAR
United States District Judge

United States District Court
Northern District of California

2