UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-01892-JST<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

　　　　Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Susan van Keulen for settlement. The prior reference to Magistrate Judge Alex Tse is withdrawn.

　　　　The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge van Keulen.

　　　　**IT IS SO ORDERED.**

Dated: May 31, 2023

_____
JON S. TIGAR
United States District Judge