KIRKLAND & ELLIS LLP
Edward Hillenbrand (SBN 310872)
edward.hillenbrand@kirkland.com
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400

Michael F. Williams (*pro hac vice*)
mwilliams@kirkland.com
Joseph A. D'Antonio (*pro hac vice*)
joseph.dantonio@kirkland.com
Morgan Lily Phoenix (*pro hac vice*)
morgan.phoenix@kirkland.com
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000

Michael P. Quinn (*pro hac vice*)
michael.quinn@kirkland.com
Sanjay Nevrekar (*pro hac vice*)
sanjay.nevrekar@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

NATIONAL IMMIGRANT JUSTICE CENTER
Richard Caldarone (*pro hac vice*)
rcaldarone@heartlandalliance.org
Keren Zwick (*pro hac vice*)
kzwick@heartlandalliance.org
Collen Cowgill (SBN 321542)
ccowgill@heartlandalliance.org
224 S. Michigan Avenue, Suite 600
Chicago, IL 60604
Telephone: (312) 660-1370
Fax: (312) 660-1505

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED, ABDUL, AMIR, SIDDIQA, RAHMATULLAH, FATIMA, and MURSAL SADAT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security; U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS); UR MENDOZA JADDOU, in her official capacity as Director of USCIS; TED H. KIM, in his official capacity as Associate Director of the Refugee, Asylum and International Operations Directorate at USCIS,<br><br>Defendants. | Case No. 4:23-cv-01892-JST<br><br>Honorable Jon S. Tigar<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE JULY 27, 2023 HEARING**<br><br>Hearing Date: July 27, 2023<br>Time: 2:00 p.m.<br>Place: Courtroom 6<br><br>New Hearing Date: September 11, 2023<br>Time: 2:00 p.m.<br>Place: Courtroom 6 |

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING**

CASE NO. 4:23-CV-01892-JST

Pursuant to Civil Local Rules 7-12, Plaintiffs and Defendants (collectively the "Parties") hereby stipulate as follows:

WHEREAS, the Court set a hearing on Plaintiffs' Motions for Class Certification and Classwide Preliminary Injunction, and Defendants' Cross-Motion to Dismiss, for July 27, 2023 at 2:00 p.m. (the "Hearing");

WHEREAS, the Parties have been engaging in settlement talks and believe they would benefit from more time to negotiate;

WHEREAS, the Parties understand that Judge Tigar has availability to hold the Hearing on September 11, 2023 at 2:00 p.m.;

WHEREAS, the Parties are available to hold the Hearing on that date at that time;

THEREFORE, the parties request that the Court continue the Hearing until September 11, 2023, at 2:00 p.m.

**IT IS SO STIPULATED**, through counsel of record.

DATED: July 25, 2023                    Respectfully Submitted,

/s/ Edward Hillenbrand
Edward Hillenbrand (SBN 310872)
edward.hillenbrand@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400

Michael F. Williams (*pro hac vice*)
mwilliams@kirkland.com
Joseph A. D'Antonio (*pro hac vice*)
joseph.dantonio@kirkland.com
Morgan Lily Phoenix (*pro hac vice*)
morgan.phoenix@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C., 20004
Telephone: (202) 389-5000

Richard Caldarone (*pro hac vice*)
Keren Zwick (*pro hac vice*)
Collen Cowgill (SBN 321542)
NATIONAL IMMIGRANT JUSTICE CENTER
224 S. Michigan Avenue, Suite 600
Chicago, IL 60604
Phone: (312) 660-1370
Fax: (312) 660-1505
Email: rcaldarone@heartlandalliance.org
Email: ccowgill@heartlandalliance.org
Email: kzwick@heartlanalliance.org

*Attorneys for Plaintiffs*

Brian M. Boynton
Principal Deputy Assistant Attorney General
Civil Division
William C. Peachey
Director
Office of Immigration Litigation
District Court Section
Yamileth G. Davila
Assistant Director
Alexander J. Halaska
Senior Litigation Counsel

<u>*/s/ Richard Ingebretsen*</u>
Richard G. Ingebretsen
Ruth Ann Mueller
Trial Attorneys
U.S. Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-4848
Fax: (202) 305-7000
richard.ingebretsen@usdoj.gov

*Attorneys for Defendants*

**JOINT STIPULATION TO CONTINUE HEARING**   3   **CASE NO. 4:23-CV-01892-JST**

Before the Court is the Parties' Joint Stipulation to Continue the July 27, 2023 Hearing. Having considered the Parties' Stipulation and it appearing to the Court that good cause exists for granting the continuance of the Hearing to September 11, 2023 at 2:00 p.m., the stipulation is hereby **GRANTED**.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  July 25 , 2023

_____
United States District Court Judge
Honorable Jon S. Tigar