UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>U.S DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>   Defendants. | Case No. 23-cv-01892-JST<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF**<br><br>Re: ECF No. 90 |

The States of Washington, Connecticut, Illinois, Maryland, Massachusetts, Minnesota, New York, and Oregon, and the District of Columbia (collectively, "States") seek leave to file an amicus brief. ECF No. 90. Defendants object on timeliness grounds. ECF No. 91.

The Court agrees with Defendants that there is no reason to re-open briefing. But, particularly now that the hearing on the underlying substantive motions has been continued, Defendants' consideration of the States' contentions will no longer be "on a truncated timeline." *Id.* at 2.

The States will "fulfill[] the classic role of amicus curiae by assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration." *Miller-Wohl Co. v. Comm'r of Lab. & Indus*, 694 F.2d 203, 204 (9th Cir. 1982). Accordingly, their motion is granted, and the proposed brief at ECF No. 90-1 shall be deemed filed.

**IT IS SO ORDERED.**

Dated: July 26, 2023

               _____
               JON S. TIGAR
               United States District Judge