KIRKLAND & ELLIS LLP
Edward Hillenbrand (SBN 310872)
edward.hillenbrand@kirkland.com
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400

Michael F. Williams (*pro hac vice*)
mwilliams@kirkland.com
Joseph A. D'Antonio (*pro hac vice*)
joseph.dantonio@kirkland.com
Morgan Lily Phoenix (*pro hac vice*)
morgan.phoenix@kirkland.com
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000

Michael P. Quinn (*pro hac vice*)
michael.quinn@kirkland.com
Sanjay Nevrekar (*pro hac vice*)
sanjay.nevrekar@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

NATIONAL IMMIGRANT JUSTICE CENTER
Richard Caldarone (*pro hac vice*)
rcaldarone@heartlandalliance.org
Keren Zwick (*pro hac vice*)
kzwick@heartlandalliance.org
Collen Cowgill (SBN 321542)
ccowgill@heartlandalliance.org
224 S. Michigan Avenue, Suite 600
Chicago, IL 60604
Telephone: (312) 660-1370
Fax: (312) 660-1505

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED, ABDUL, AMIR, SIDDIQA, RAHMATULLAH, FATIMA, and MURSAL SADAT, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security; U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS); UR MENDOZA JADDOU, in her official capacity as Director of USCIS; TED H. KIM, in his official capacity as Associate Director of the Refugee, Asylum and International Operations Directorate at USCIS,<br><br>            Defendants. | Case No. 4:23-cv-01892-JST<br><br>Honorable Jon S. Tigar<br><br>**[PROPOSED]** ORDER GRANTING APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Hearing Date: September 11, 2023<br>Time:             2:00 p.m.<br>Place:            Courtroom 6 |

**[PROPOSED]** ORDER GRANTING APPROVAL OF CLASS ACTION SETTLEMENT

CASE NO. 4:23-CV-01892-JST

Upon consideration of the Plaintiffs' Unopposed Motion for Approval of Proposed Class Action Settlement, the Court, having considered the papers submitted, all other related filings and materials, and the oral argument presented by counsel, **HEREBY ORDERS THAT**:

1. The Motion is **GRANTED**.

2. The capitalized terms in this Order Granting Approval of the Proposed Class Action Settlement shall have the same meaning as defined in the Settlement Agreement.

3. The Plaintiffs' Motion for Class Certification, ECF No. 44, is **GRANTED** for purposes of settlement only. The Court certifies the following pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure:

> All individuals identified under Section 2502(a)(1)(A) of the Extending Government Funding and Delivering Emergency Assistance Act, Pub. L. No. 117-43, 135 Stat. 344 (2021), who have filed or will file an application for asylum.

4. The Court finds that the proposed Settlement resulted from arms-length negotiations between highly experienced counsel under the auspices and with the assistance of an experienced and neutral mediator, the Honorable Susan van Keulen.

5. Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, the Court hereby grants final approval of the Settlement on grounds that it is, in all respects, fair, reasonable, and adequate as to, and in the best interests of, the members of the Class, within the meaning of, and in compliance with all applicable requirements of, Federal Rule of Civil Procedure 23.

6. The Court will retain continuing and exclusive jurisdiction over the Parties and the Settlement Agreement to interpret, implement, administer, and enforce the Settlement Agreement according to its terms.

**IT IS SO ORDERED.**

Dated: September 11, 2023

_____
HONORABLE JON S. TIGAR
United States District Court Judge