UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KHALID WARDAK,

Plaintiff,

v.

SUSAN RAUFER, et al.,

Defendants.

Case No. 25-cv-04150-DMR

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

On May 14, 2025, this case was transferred to the Northern District of California from the Eastern District of Pennsylvania. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Jon S. Tigar to determine whether it is related to *Ahmed v. DHS*, Case No. 4:23-cv-01892.

**IT IS SO ORDERED.**

Dated: May 15, 2025

Donna M. Ryu
Chief Magistrate Judge

United States District Court
Northern District of California