UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEZBULLAH KAZIMI,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>        Defendants. | Case No. 25-cv-06181-AMO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 63 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to *Ahmed v. DHS*, Case No. 4:23-cv-01892.

**IT IS SO ORDERED.**

Dated: July 30, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**